UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN LANIGAN

v.                                              CA 10-515 ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on January 6, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation and orders Plaintiff to pay the filing fee of $350.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
January 28, 2011